COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Bernard J. Morello and White Lion Holdings, L.L.C. v. Seaway Crude Pipeline Company, LLC

Appellate case number:    01-16-00765-CV

Trial court case number:  13-CCV-050231

Trial court:           County Court at Law No. 3 of Fort Bend County

Appellants Bernard J. Morello and While Lion Holdings, L.L.C. filed a motion seeking an order that either compels the trial court clerk to transmit to this Court, in camera, the documents that were submitted in camera to the trial court or permits Appellants to submit authenticated copies of the documents directly to this Court in camera.

This Court has responsibilities to the public as an appellate court to resolve disputes through public opinions that explain our decisions based on the record. *See* TEX. R. APP. P. 47.3 ("All opinions of the courts of appeals are open to the public and must be made available . . . ."); *see also R.V.K. v. L.L.K.*, 103 S.W.3d 612, 614–15 (Tex. App.–San Antonio 2003, no pet.) (attempting to "strike a fair balance" between parties' interest in keeping sealed portion of record confidential and court's and public's interest in court fulfilling its responsibilities); *Mi Gwang Contact Lens Co., Ltd. v. Chapa*, No. 13–13–00306–CV, 2015 WL 3637846, at *6–7 (Tex. App.–Corpus Christi June 11, 2015, no pet.) (mem. op.) (same). Appellants' motion is **DENIED**.

Within 15 days, Appellants shall either request that the clerk include the documents in the appellate record without limitation or, to the extent they seek to maintain any confidentiality to the documents, file with the trial court a Rule 76a motion to seal court records. Appellants shall notify this Court whether it is pursuing a Rule 76a motion by **December 8, 2016**.

If Appellants pursue a Rule 76a motion and the trial court grants their motion, the trial court clerk shall submit to this Court those documents that are part of the summary-judgment record below that are sealed separate from those documents that are part of the summary-judgment record below that are not sealed, clearly designating each group.

It is so ORDERED.


Judge's signature: <u>Harvey Brown</u>
                    ☑ Acting individually    ☐ Acting for the Court

Date: <u>November 23, 2016</u>